No. 00–1826. American Bankers Insurance Company of Florida *v.* Alexander et al. Sup. Ct. Miss. Motions of Mississippi Manufacturers Association, American Council of Life In-

surers, National Association of Independent Insurers, and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Certiorari denied.